**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CATO INSTITUTE,<br><br>       Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION<br>and UNITED STATES DEPARTMENT OF<br>JUSTICE,<br><br>       Defendants. | Civil Action No. 20-3338-JEB |

## PLAINTIFF'S STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS

**A.      Plaintiff's FOIA request and Defendants' category 4 withholdings.**

1.      Plaintiff incorporates Defendants' statements of fact 1-2, which describe Patrick Eddington's FOIA request.  Defs.' SMF (ECF No. 26-4) ¶¶ 1-2.

2.      Eddington additionally requested that the search term "Customs and Border Protection (and variants)" "be utilized, in a separate search, in combination with" Cato, Cato Institute, The Cato Institute, Cato Benefactor, Cato employee, and Cato contractor.  Seidel Decl. Ex. A at 2.

3.      Eddington additionally requested "that any search include records, documents or tangible things (including but not limited to FD-71/FD-71a forms, letterhead memoranda (LHM), electronic communications (ECs) generated pursuant to 'sensitive investigative matters,' 'assessments' or 'undisclosed participation' as described in the Domestic Investigations and Operations Guide (DIOG) likewise be conducted." *Id.* at 3.

4.      On June 30, 2021, the FBI notified Eddington that it had reviewed 166 pages in response to Eddington's FOIA request and the FBI was releasing 78 of those pages.  Seidel Decl. Ex. C at 10.

5.      The FBI is currently withholding 88 pages in full in response to Eddington's FOIA request.  Seidel Decl. Ex. D at 16-17.

6.      Out of the 88 pages being withheld in full, the FBI is withholding 82 pages in full under coded categories (b)(6)-4 and (b)(7)(C)-4.  *Id.*

7.      The FBI describes the 82 pages withheld in full under categories (b)(6)-4 and (b)(7)(C)-4 as "[d]atabase printouts containing the names and identifying information of third parties of investigative interest[.]"  *Id.*

**B.      The FBI's search for records.**

8.      In response to Eddington's FOIA requests, the FBI searched the automated indices of the case management systems encompassed by the FBI's Central Records System ("CRS").  Seidel Decl. ¶ 33.

9.      In response to Eddington's FOIA request, the FBI additionally "conducted a search of the manual indices of Baltimore, New York, Dallas, Washington DC, Houston, Chicago, Boston, Pittsburgh, Jacksonville, Seattle, and Copenhagen" "based upon the FBI's search results of the CRS[.]"  *Id.* ¶¶ 25, 33.

10.     Other than the searches described in ¶¶ 8-9, *supra*, the FBI did not conduct any additional searches for records responsive to Eddington's FOIA request.  *Id.* ¶¶ 29-33.

11.     The FBI did not search the eGuardian or Guardian systems encompassed by the FBI's Guardian Program in response to Eddington's FOIA request.  *Id.* ¶¶ 29-33.

12.     The FBI did not search any email communications in response to Eddington's FOIA request.  *Id.*

**C.      The FBI's Guardian Program.**

13.      The FBI's Guardian Program encompasses multiple digital systems, all managed by the Guardian Management Unit within the FBI's Counterterrorism Division.  Exhibit A at 27 (Jacqueline F. Brown, *Federal Bureau of Investigation Privacy Impact Assessment for the eGuardian System*, FBI FOIPA Services (Jan. 4, 2013 (updated Jan. 14, 2014)), https://www.fbi.gov/services/information-management/foipa/privacy-impact-assessments/eguardian-threat#ided6d (last visited July 5, 2022)).

14.      Two of the systems encompassed by the FBI's Guardian Program include: (1) "the classified Guardian Threat Tracking System (Guardian), which resides on the FBI's secret level system, FBINET"; and (2) "an unclassified companion, eGuardian, which is available and utilized in the daily operations of federal, state, local, tribal and territorial and law enforcement partners" ("FSLTT").  *Id*.

15.      Together, all the systems in the Guardian Program constitute "a universal reporting system for all law enforcement" with the primary purpose of "facilitat[ing] the reporting, tracking, management, and sharing of threats to determine whether a particular matter should be closed or opened as a predicated investigation" by the FBI.  *Id*. at 27-28.

16.      The incidents stored in the systems constituting the Guardian Program relate to terrorist, cyber, and other criminal threats that the FBI is authorized to investigate.  *Id.* at 31.

17.      FSLTT enter draft incidents of "an occurrence or report of suspicious activity, threat or event relating to terrorism, cyber or criminal activity . . . into eGuardian[.]"  *Id*. at 28-29.

18.      After draft incidents are finalized and approved in eGuardian, they are uploaded to Guardian for assessment by an FBI supervisor.  *Id*. at 4-5, 17, 29-30.

19.      The FBI supervisor determines whether the reported incident warrants further investigation by the FBI.  *Id.*

20.    If the FBI supervisor decides that the incident warrants further investigation, the information in Guardian is uploaded into the case management systems that are encompassed by the CRS.  *Id.*

Dated:  July 8, 2022

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

_____
Attorneys for Plaintiff

Matthew Topic, D.C. Bar No. IL0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler, D.C. Bar No. IL0087
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com