**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CATO INSTITUTE,<br><br>     Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>     Defendants. | Civil Action No. 20-3338-JEB |

**[PROPOSED] ORDER**

Upon consideration of the parties' cross-motions for summary judgment, it is hereby

ORDERED that Plaintiff's motion is GRANTED; and it is FURTHER ORDERED that

Defendants' motion is DENIED.

Dated: _____

                                 UNITED STATES DISTRICT JUDGE