**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CATO INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al*.,<br><br>Defendant. | Case No. 20-cv-3338 (JEB) |

**DECLARATION OF MATTHEW TOPIC**

I, Matthew Topic, make the following declaration:

1. I am over the age of 18 and competent to provide this declaration.

2. The following statements are made on my personal and professional knowledge and, if sworn as a witness, I can testify competently thereto.

3. I am lead counsel for Plaintiff Cato Institute in this case.

4. I was not aware of the Declaration of Thomas Hardy filed in *Watkins Law & Advocacy, PLLC v. DOJ* until I reviewed it several days after the D.C. Circuit's August 18, 2023 decision in *Watkins*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 12, 2023.

*/s/ Matthew Topic*

Matthew Topic