# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,<br><br>　　　Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　Defendants. | Civil Action No. 20-3338-JEB |

## JOINT STATUS REPORT

Pursuant to the Court's February 11, 2025, Minute Order, the parties respectfully submit the following Joint Status Report.

Since the last JSR, the FBI discovered that approximately an additional 207 responsive pages had not been processed. It estimates requiring 60 days to process them and 30 days to prepare the Vaughn index and search summary referenced in the last JSR. The parties thus respectfully propose that they submit a further JSR with an update by July 3, 2025.

Dated: May 9, 2025

*/s/ Stephen Stich Match*
MATTHEW TOPIC
(D.C. Bar No. IL0037)
STEPHEN STICH MATCH
(D.C. Bar No. MA0044)
MERRICK WAYNE
(D.C. Bar No. IL0058)
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

*/s/ Benjamin Takemoto*
BENJAMIN T. TAKEMOTO
(D.C. Bar No. 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*