IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendants. | Civil Docket No. 1:20-cv-03338-JEB |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Zareen Iqbal and enter the appearance of William S. Jankowski as counsel for Defendants Federal Bureau of Investigation and the United States Department of Justice. Mr. Jankowski hereby certifies pursuant to Local Civil Rule 83.2(f) that he is personally familiar with the Local Rules of this Court.

Dated: November 20, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
(D.C. Bar No. 90021524)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*